AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

— 0 7 — 2 4 5 —

RUFUS DANIEL MCKINSLEY ANDERSON
_____
Plaintiff

V.

_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

FILED

CASE NUMBER:

MAY - 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, RUFUS DANIEL MCKINSLEY ANDERSON declare that I am the (check appropriate box)

(✓) Petitioner/Plaintiff/Movant     • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   (✓) Yes   • • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration   DELAWARE CORRECTIONAL CENTER DE, SMYRNA

   **Inmate Identification Number (Required):** SBI# 328043

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes   (✓) No   $0.00

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   $0.00  OVER 5 YEARS AGO

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    • • Yes    (✓) No
   b. Rent payments, interest or dividends              • • Yes    (✓) No
   c. Pensions, annuities or life insurance payments    • • Yes    (✓) No
   d. Disability or workers compensation payments       • • Yes    (✓) No
   e. Gifts or inheritances                             • • Yes    (✓) No
   f. Any other sources                                 • • Yes    (✓) No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes  • No

   If "Yes" state the total amount $ 0.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   • • Yes  • No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

4/28/07
DATE

Kufura Daniel McKinsley Anderson
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

DELAWARE CORRECTIONAL CENTER
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX-MONTH PERIOD


TO:   Mrs. Tonya Smith
      Support Services Manager
      Delaware Correctional Center
      Smyrna, Delaware 19977

DATE: 4/25, 06


FROM: RUFUS DANIEL McKINSLEY ANDERSON    328043
      Inmate Name  (Please Print Name)    SBI #


--- I HEREBY CERTIFY ---


Pursuant to the Prison Litigation Reform Act, 28 U.S.C. 1915 (a)(2), Effective April 26, 1996, I am requesting a certified Statement of my Institution Trust Fund Account for the previous six-month period. Please forward same to me.


_____
Signature

(28 U.S.C. 1746 and 18 U.S.C. 1621)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

- 0 7 - 2 4 5 -

TO: _Rufus Anderson_ SBI#: _328043_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _April 25, 2007_

FILED
MAY - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _October 1, 2006_ to _March 31, 2007_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 0 |
| Nov | 0 |
| Dec | 0 |
| Jan | 0 |
| Feb | 0 |
| March | 0 |

Average daily balances/6 months: _0_

Attachments
CC: File

_Stacy Shane_
4/25/07

_Jeanette L Hariy_
4/26/07

## Individual Statement
### From October 2006 to December 2006

Date Printed: 4/25/2007                                                                                              Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | Beginning Month Balance: | $0.00 |
| Current Location: | 17 | | Comments: QOL2 | | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329913 | | 9/27/06 | |
| Supplies-MailP | 10/13/2006 | $0.00 | $0.00 | ($2.61) | $0.00 | 332258 | | INDIGENT 10/9/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($5.00) | $0.00 | 334155 | | 10/13/06 | |
| Medical | 10/19/2006 | $0.00 | ($4.00) | $0.00 | $0.00 | 334636 | | 10/2/06 | |
| Supplies-MailP | 11/15/2006 | $0.00 | $0.00 | ($3.42) | $0.00 | 346828 | | INDIGENT 11/6/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 347964 | | 11/13/06 | |
| Supplies-MailP | 12/5/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 354573 | | 11/24/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($7.20) | $0.00 | 359084 | | 12/11/06 | |
| Supplies-MailP | 12/22/2006 | $0.00 | $0.00 | ($3.48) | $0.00 | 363028 | | INDIGENT 12/11/06 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($34.00)
Total Amount Currently on Non-Medical Hold: ($102.77)

# Individual Statement
## From January 2007 to March 2007

Date Printed: 4/25/2007  Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | Beginning Month Balance: | $0.00 |
| Current Location: | 17 | | | | Ending Month Balance: | $0.00 |

Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($4.67) | $0.00 | 370489 | | 1/5/07 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($1.59) | $0.00 | 371318 | | 12/20/06 | |
| Medical | 1/12/2007 | $0.00 | ($6.00) | $0.00 | $0.00 | 371981 | | 12/12/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($5.00) | $0.00 | 373673 | | 1/10/07 | |
| Supplies-MailP | 2/16/2007 | $0.00 | $0.00 | ($3.70) | $0.00 | 388683 | | INDIGENT 2/12/07 | |
| Medical | 2/21/2007 | $0.00 | ($2.00) | $0.00 | $0.00 | 390877 | | 2/8/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($4.05) | $0.00 | 392334 | | 2/22/07 | |
| Supplies-MailP | 3/19/2007 | $0.00 | $0.00 | ($5.00) | $0.00 | 402026 | | 3/10/07 | |
| Supplies-MailP | 3/19/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 402037 | | 3/10/07 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($34.00)

Total Amount Currently on Non-Medical Hold: ($102.77)