IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RUFUS D. ANDERSON, )
)
       Plaintiff, )
)
v. ) Civ. No. 07-245-SLR
)
NURSE DIRECTOR GAIL ELLER, )
MEDICAL DIRECTOR JOHN RUNDLE, )
and BUREAU CHIEF PAUL HOWARD, )
)
       Defendants. )

**AUTHORIZATION**

FILED
MAY 3 1 2007
RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Rufus D. Anderson, SBI #328043, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated May 11, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: May 17, 2007.

Rufus D. Anderson
Signature of Plaintiff

FROM: MR. RUFUS D. ANDERSON
SBI# 308443   UNIT J41/17/U1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

S.M.S. GRAY

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STR., LOCKER BOX 18
WILMINGTON, DELAWARE
19801-3570



UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975
$00.41
MAY 30 2007
MAILED FROM ZIP CODE 19977