Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL U.S.M.S.
X-RAY

07-245

FILED
AUG 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BO

Rufus D. Anderson
110 North Poplar Street
New Castle, DE 19720

NIXIE   197  DC 1   OD 08/10/07
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 19809001818   *1127-00544-09-43

$00.580
08/08/2007
Mailed From 19801
US POSTAGE



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUFUS D. ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-245-SLR |
| | ) |
| NURSE DIRECTOR GAIL ELLER, | ) |
| MEDICAL DIRECTOR JOHN RUNDLE, | ) |
| and BUREAU CHIEF PAUL HOWARD, | ) |
| | ) |
| Defendants. | ) |

**SERVICE ORDER**

At Wilmington this 16th day of July, 2007, plaintiff having satisfied the filing prerequisites of 28 U.S.C. § 1915A; and the court having identified a cognizable deliberate indifference to serious medical needs claim within the meaning of 28 U.S.C. § 1915A(b);

IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall provide **original** "U.S. Marshal-285" forms for **each defendant**, as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(c). **Plaintiff shall also provide the court with copies of the complaint (D.I. 2) for service upon defendants and the attorney general.** Furthermore, the plaintiff is notified that the United States Marshal will not serve the complaint until all "U.S. Marshal 285" forms have been received by the clerk of the court. Failure to provide the "U.S. Marshal 285" forms for each