

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUFUS D. ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-245-SLR |
| ) | |
| NURSE DIRECTOR GAIL ELLER, ) | |
| MEDICAL DIRECTOR JOHN RUNDLE, ) | |
| and BUREAU CHIEF PAUL HOWARD, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, plaintiff, Rufus D. Anderson, was a prisoner incarcerated at the Delaware Correctional Center at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915;

WHEREAS, on May 16, 2007, this court entered an order granting leave to proceed in forma pauperis, and requiring plaintiff to pay the $350.00 filing fee as determined by statute;

WHEREAS, on July 31, 2007, the court was notified that plaintiff is no longer incarcerated;

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. Robbins v. Switzer, 104 F.3d 895, 899 (7th Cir. 1997); see also Drayer v. Attorney General, Nos. 03-2517, 03-2518, 81 Fed. Appx.

429 (3d Cir. 2003).

THEREFORE, at Wilmington this __9th__ day of November, 2007, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall either pay the filing fee owed ($350.00) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so the court may determine whether he is still eligible to proceed in forma pauperis.

**NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

                                              _____
                                              UNITED STATES DISTRICT JUDGE

**Other Orders/Judgments**
1:07-cv-00245-SLR Anderson v. Eller et al
PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 11/13/2007 at 10:11 AM EST and filed on 11/13/2007
**Case Name:**       Anderson v. Eller et al
**Case Number:**     1:07-cv-245
**Filer:**
**Document Number:** 10

**Docket Text:**
ORDER pltf. shall within 30 days pay the $350.00 filing fee or submit a new appl. for IFP. FAILURE TO TIMELY COMPLY WITH THIS ORDER SHALL RESULT IN DISMISSAL OF THIS CASE WITHOUT PREJUDICE. Signed by Judge Sue L. Robinson on 11/9/07. (rlp)


**1:07-cv-245 Notice has been electronically mailed to:**

**1:07-cv-245 Notice has been delivered by other means to:**

Rufus D. Anderson
110 North Poplar Street
New Castle, DE 19720

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=11/13/2007] [FileNumber=474281-0
] [8078acd1eed867f1dcefea2f25d41df8efd976ba83add52e90ddf4e0f8d76fe3b81
4b384920fae20dc1a0c4a114e9a41251027d4eb89974d39798f8e805e7279]]