Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

CA07-245 SLR

FILED
JAN 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Rufus D. Anderson
110 North Poplar Street
New Castle




U.S.M.S.
K-RAY

Mailed From 19801
01/08/2008
$00.410
US POSTAGE

NIXIE    197   DC 1    00  01/10/08
         RETURN TO SENDER
         NO SUCH STREET
         UNABLE TO FORWARD

BC: 19801357099     *1527-05223-08-38

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUFUS D. ANDERSON,           )<br>                              )<br>         Plaintiff,           )<br>                              )<br>    v.                        )<br>                              )<br> NURSE DIRECTOR GAIL ELLER,   )<br> MEDICAL DIRECTOR JOHN RUNDLE,)<br> and BUREAU CHIEF PAUL HOWARD,)<br>                              )<br>         Defendants.          ) | Civil Action No. 07-245-SLR |

**ORDER**

WHEREAS, plaintiff, Rufus D. Anderson, was a prisoner incarcerated at the Delaware Correctional Center at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915;

WHEREAS, on May 16, 2007, this court entered an order granting leave to proceed in forma pauperis, and requiring plaintiff to pay the $350.00 filing fee as determined by statute;

WHEREAS, on July 31, 2007, the court was notified that plaintiff is no longer incarcerated;

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. Robbins v. Switzer, 104 F.3d 895, 899 (7th Cir. 1997); see also Drayer v. Attorney General, Nos. 03-2517, 03-2518, 81 Fed. Appx.

429 (3d Cir. 2003).

WHEREAS, on November 13, 2007, the court ordered plaintiff to either pay the filing fee he owes ($350.00) or submit a new standard form application to proceed without prepayment of fees and affidavit within thirty days of the date of the order (D.I. 10);

WHEREAS, the time has lapsed and plaintiff has not complied with the court's order of November 13, 2007;

THEREFORE, at Wilmington this _3d_ day of January, 2008, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE

Case 1:07-cv-00245-SLR    Document 13    Filed 01/11/2008    Page 3 of 4

429 (3d Cir. 2003).

WHEREAS, on November 13, 2007, the court ordered plaintiff to either pay the filing fee he owes ($350.00) or submit a new standard form application to proceed without prepayment of fees and affidavit within thirty days of the date of the order (D.I. 10);

WHEREAS, the time has lapsed and plaintiff has not complied with the court's order of November 13, 2007;

THEREFORE, at Wilmington this _3d_ day of January, 2008, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE

CM/ECF LIVE - U.S. District Court:ded									Page 1 of 1

## Other Orders/Judgments
1:07-cv-00245-SLR Anderson v. Eller et al
PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 1/8/2008 at 10:59 AM EST and filed on 1/8/2008
**Case Name:**        Anderson v. Eller et al
**Case Number:**      1:07-cv-245
**Filer:**
**WARNING: CASE CLOSED on 01/08/2008**
**Document Number:** 12

**Docket Text:**
ORDER DISMISSING CASE without Prejudice as time has lapsed and Pltf has not complied with court's order of 11/13/2007 (copy to pltf.) (CASE CLOSED). Signed by Judge Sue L. Robinson on 1/3/2008. (dab)


**1:07-cv-245 Notice has been electronically mailed to:**

**1:07-cv-245 Notice has been delivered by other means to:**

Rufus D. Anderson
110 North Poplar Street
New Castle, DE 19720

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/8/2008] [FileNumber=498926-0]
[9c9a6da340a89c22f1ed98df7a68212db05cbca9e29d6a33096fa1c0896821e8edd76
0f515c326a84fd90735ce2de5c58165a923bee5ec3555ccdada043ca8b8]]